UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 12-81092-Civ-Ryskamp/Hopkins

FILED by _____ D.C.

OCT 05 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

JOSEPH CARMEN GUIDO
(Write the full name of the plaintiff)

vs.

PALM BEACH COUNTY SHERRIF'S OFFICE

_____

_____

_____
(Write the full name of the defendant/s in this case)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **Party Information**

A. Plaintiff: JOSEPH CARMEN GUIDO

   Address: 4945 OHIO ROAD, LAKE WORTH, FLORIDA 33463

   Inmate/Prison No.: _____

   Year of Birth: 1956 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: PALM BEACH COUNTY SHERRIF'S OFFICE   Defendant: _____

   Official Position: law enforcement   Official Position: _____

   Place of Employment: Palm Beach County, Florida   Place of Employment: _____

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

52

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

① I (JOE C GUIDO) had made a joking phone call to a 211 crisis line operator, who in turn with misjudgement notified the PBCSO to respond to my residence. The PBCSO had illegally confiscated my .45 derringer by their misjudgement concerning risk in their police assist call on 9/11/09. There was no risk of any style.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

① I want the court to order the PBCSO to release my firearm back to possesion.

② I want compensation for the time, anguish, money spent concerning the misjudgement of the Florida judicial system in which has shown no evidence or merit.

_____

_____

### IV. Jury Demand

Are you demanding a jury trial?    ✓ Yes    ___ No

Signed this __27th__ day of __September__, 20__12__

_Joe C Dundo_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __September 27, 2012__

_Joe C Dundo_
Signature of Plaintiff

54

NOTICE OF APPEAL

4th D C A

Joe C Guido { appellant }   Vs   PBCSO {appellee }

Appellate case # 502010AP000015XXXXMB

So far there have been 3 judges who have totally passed down wrong judgement of myself and only 1 is right so far in this entire matter.

The right judge is Judge Cox who had dissented in the appeals case is accurate of what should happen, replevin The return of my .45 derringer to me.

According to Judge Cox all I had to do was comply with Chapter 78 Florida Statues ,which I clearly did. The PBCSO has no basis to hold my firearm, period.

As Judge Cox stated under Fla Legislature my 45 derringer is a firearm but is not considered a weapon in this case meaning there were many other items at my residence that on are on the Fla Legislature weapons list. This firearm had nothing to do a lethal injection of which no evidence was found from the 9/11/09 police assist call to my residence ,and never will be.

Again the whole misunderstanding in this entire matter was that I had made a joke of a serious matter in a Cheech and Chong comedy sense about getting high in which a would never do and the 211 crisis line operater had taken the wrong way period . After the phone call, I ate ,went to sleep, all was OK. Then I was awakened by the phone ,I answered it the PBCSO mentioned to step outside . I did so and said I was OK. After a little conversation I said I had guns in my bedroom, they checked it out and come out with my derringer. Then I was given a choice to be Baker,s acted or to render my firearms, I said neither was nessesary , and that I was OK. Then they insisted that I make a choice, I mentioned to take my firearms and that I would get them back soon, If for any reason I had thought there was a hint of risk, I would have had the PBCSO Baker,s act me, but I knew at heart I was OK. I was just a little upset at the Florida unemployment system.

A valid point if the PBCSO claimed that I was of unsound mind considered unsafe to myself or others then why was I given a choice in this matter of emergency meaning to be Baker,s acted or render my firearms on 9/11/09. Question how one with an unsound mind considered unsafe in an emergency police assist call be given a choice in a matter of risk.

4TH   D C A

Joe C Guido   Vs   PBCSO

After the PBCSO left my residence on 9/11/09, I still had 9 other guns, 7guns were locked up, and 2 guns were totally exposed, a mossberg mariner 500 pistol grip 12 gauge shotgun and a big cat pellet rifle. So far the lower court, appellate court. PBCSO attornys,have totally ignored this facts and I have witnesses who can verify to the fact that these 2 guns were present after the PBCSO left my residence. on 9/11/09.

Again I clearly passed a 12/15/09 psychological evaluation and its 3/30/10 reiteration clearly states a normal profile of no risk to myself or others. The testing psychologist Dr. Laura Marullo ,clearly stated that the lower court had read the results of the 12/15/09 psychological evaluation wrong in the 3/18/10 trial. This is why I had the 3/30/10 reiteration done ,which presents a clear overall diagnosis of the psychological evaluation. Any statements in the 12/15/09 psychological evaluation have absolutely no bearing of risk period,and that I was found to be of sound mind. according to Dr. Laura Marullo in a visit to discuss the test results, and my request for the 3/30/10 reiteration. Furthermore Judge Cox stated the lower court had no right in the first place to ordering myself to a psychological evaluation.

So far I know that my civil rights have been violated in this case and request my property is returned to me. I just simply want my gun back in my possesion.

Sincerly

Joe C Guido

*Joe C Guido*

Motion To Amended Petition

4th D C A

Joe C Guido (appellant)     vs.    PBCSO (appellee)

Case Number : 4D12-229

L.T. Number: 502010AP000015XXXXMB

So far the PBCSO has exaggerated the past history of myself and are wrong because of misjudgment in their 9/11/09 police assist call. Their attorney has indicated there is nothing of risk to be concerned with.

Despite the mistake on 9/11/09 in the crisis line phone call, I have truly learned a lesson, *guaranteed I will never make a joke out of a serious matter again. I have also offered to pay for this* mistake in the 11/02/2009 pretrial, but was ignored by the lower court.

The main point to consider is any records will show that I have never been diagnosed with any mental condition that indicates that I was or am of risk to myself or others; period.

A valid point, if I was of risk, how could I be employed Class A CDL Driver with a federal endorsement to transport hazardous materials.

Another valid point, if I was of risk than how could I purchase ten firearms in Palm Beach County under a six day wait and a legal federal background check.

Further more, if I had any thought that there was a hint of risk I surely would not be in trial with the 4th DCA if possible, may I have an oral session with the 4th DCA.

Sincerely,

Joe C. Guido

*Joe C Guido* (signature)

# Supreme Court of Florida

TUESDAY, AUGUST 28, 2012

CASE NO.: SC12-1589
Lower Tribunal No(s).: 4D12-229,
502010AP000015
XXXXMB

| JOE C. GUIDO | vs. | PALM BEACH COUNTY SHERIFF'S OFFICE |
|---|---|---|
| Petitioner(s) | | Respondent(s) |

Having determined that this Court is without jurisdiction, this case is hereby dismissed.  See Stallworth v. Moore, 827 So. 2d 974 (Fla. 2002).

No motion for rehearing will be entertained by the Court.

A True Copy
Test:

Thomas D. Hall
Clerk, Supreme Court

kb
Served:

JOE C. GUIDO
GLENN SCOTT CAMERON
HON. SHARON BOCK, CLERK
HON. MARILYN BEUTTENMULLER, CLERK



# Supreme Court of Florida

Office of the Clerk
500 South Duval Street
Tallahassee, Florida 32399-1927

THOMAS D. HALL
  CLERK
SUSAN DAVIS MORLEY
  CHIEF DEPUTY CLERK
KRYS GODWIN
  STAFF ATTORNEY

PHONE NUMBER (850) 488-0125
www.floridasupremecourt.org

## ACKNOWLEDGMENT OF NEW CASE

August 28, 2012

RE:  JOE C. GUIDO    vs.  PALM BEACH COUNTY SHERIFF'S OFFICE

CASE NUMBER: SC12-1589
Lower Tribunal Case Number(s) : 4D12-229, 502010AP000015XXXXMB
Lower Tribunal Filing Date: 7/12/2012

The Florida Supreme Court has received the following documents reflecting a filing date of 7/12/2012.

Notice to Invoke Discretionary Jurisdiction (filed as "Notice of Appeal" and treated as Notice Discretionary Jurisdiction).

The Florida Supreme Court's case number must be utilized on all pleadings and correspondence filed in this cause. Moreover, ALL PLEADINGS SIGNED BY AN ATTORNEY MUST INCLUDE THE ATTORNEY'S FLORIDA BAR NUMBER.

FOR GENERAL FILING INFORMATION AND ADMINISTRATIVE ORDER NO. AOSC04-84, PLEASE VISIT THE CLERK'S OFFICE WEBSITE AT http://www.floridasupremecourt.org/clerk/index.shtml

kb
cc:
JOE C. GUIDO
GLENN SCOTT CAMERON
HON. MARILYN BEUTTENMULLER, CLERK

## NOTICE OF APPEAL

Joe C. Guido       vs.       Palm Beach County Sherriff's Office

(appellant)                         (appellee)

Case # D412-229

At this point I have not been given any legitimate reasons preventing myself the return of my property. I feel as though my constitutional rights have been violated. I seek your help for the return of my property in this matter of misjudgment. The merits of the court have been exaggerated concerning their cause in regards to the past.

Sincerely,

*Joe C Guido*

Joe C. Guido

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT, 1525 PALM BEACH LAKES BLVD., WEST PALM BEACH, FL 33401

June 26, 2012

**CASE NO.: 4D12-229**
L.T. No. : 502010AP000015XXXX
MB

JOE C. GUIDO     v.     PALM BEACH COUNTY SHERIFF'S OFFICE

Appellant / Petitioner(s),     Appellee / Respondent(s).

### BY ORDER OF THE COURT:

ORDERED that petitioner's motion filed June 20, 2012, for rehearing is hereby denied.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

Sharon R. Bock, Clerk     Joe Guido     Glenn S. Cameron
Hon. Jack S. Cox     Hon. Lucy Chernow Brown     Hon. Donald W. Hafele

kb

*Marilyn Beuttenmuller*
MARILYN BEUTTENMULLER, Clerk
Fourth District Court of Appeal



Motion for Rehearing

4th D C A

Joe C Guido (petitioner) vs. PBCSO (petitionee)

Case Number: 4D12-229

L.T. NUMBER: 502010AP000015XXXXMB

I request a rehearing to reconsider the return of my property and on what grounds (reasons) am I being denied the return of my property. Again I truly proved myself no risk by psychological evaluation.

Sincerely,

*Joe C Guido*

Joe C Guido

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT, 1525 PALM BEACH LAKES BLVD., WEST PALM BEACH, FL 33401

June 11, 2012

**CASE NO.: 4D12-229**
L.T. No. : 502010AP000015XXXX
MB

JOE C. GUIDO        v.        PALM BEACH COUNTY
                              SHERIFF'S OFFICE

Appellant / Petitioner(s),              Appellee / Respondent(s).

### BY ORDER OF THE COURT:

ORDERED that the petition for writ of certiorari is hereby denied on the merits; further,

ORDERED that petitioner's motion to amend filed February 8, 2012, is hereby denied.

STEVENSON, DAMOORGIAN and LEVINE, JJ., Concur.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

| | | |
|---|---|---|
| Joe Guido | Glenn S. Cameron | Hon. Jack S. Cox |
| Hon. Lucy Chernow Brown | Hon. Donald W. Hafele | |

dl



*Marilyn Beuttenmuller*
**MARILYN BEUTTENMULLER, Clerk**
Fourth District Court of Appeal

Petition

4th DCA

Joe C Guido      vs.      PBCSO

(appellant)         (appellee)

1. I will state the purpose of this petition is replevin. The return of my .45 Derringer to my possession.
2. I will clarify the whole mistake was misjudgement by both the crisis line and the PBCSO.
3. I have completed all requirements set forth by the courts.
4. There is no legitimate basis against myself to prevent replevin.

Thank you,

*Joe C Guido*

Joe C. Guido